**Gary Chilton RAGSDALE, Appellant,**

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Appellee.**

No. 24809.

United States Court of Appeals
Fifth Circuit.

June 19, 1968.

Gary Chilton Ragsdale, pro se.

Robert E. Owen, Asst. Atty. Gen., Austin, Tex., Crawford C. Martin, Atty. Gen. of Texas, George M. Cowden, First Asst. Atty. Gen., A. J. Carubbi, Jr., Staff Legal Asst., R. L. Lattimore, Howard M. Fender, Lonny F. Zwiener, Asst. Attys. Gen., Austin, Tex., for appellee.

Before COLEMAN and SIMPSON, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM:

The judgment of the District Court is reversed and remanded for further consideration in the light of Peyton v. Rowe, 390 U.S. 978, 88 S.Ct. 1549, 20 L.Ed.2d 426.

Reversed and remanded.

**UNITED STATES of America, Appellee,**

v.

**Lorenzo DeWitt LAW, Appellant.**

No. 11786.

United States Court of Appeals
Fourth Circuit.

Argued May 8, 1968.

Decided June 14, 1968.

Herman E. Cox, Greenville, S. C. (Court-appointed counsel) [McDonald & Cox, Greenville, S. C., on brief], for appellant.

William B. Long, Jr., Asst. U. S. Atty. (Klyde Robinson, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and BUTZNER, Circuit Judges.

PER CURIAM:

We find no error in the trial and conviction of this defendant of offenses under the Dyer Act.

Affirmed.